THIRD DEPARTMENT, AUGUST 4, 1987

(August 4, 1987)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. NASAR ABDUL AZIZ, Also Known as RAYMOND GILLIARD, Petitioner, v EUGENE LEFEVRE, as Superintendent of Clinton Correctional Facility, Respondent.—Application, pursuant to CPLR 7002 (b) (2), for writ of habeas corpus denied *(see, People ex rel. Davis v Coombe,* 97 AD2d 667). Kane, J. P., Main, Casey, Weiss and Mikoll, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK v RICHARD MEYERS.—Application for writ of error coram nobis, pursuant to *People v Bachert* (69 NY2d 593) denied. Mahoney, P. J., Weiss, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.